FILED
2015 Sep-08  AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | Civil Action Number **5:14-cv-00613-AKK** |
| **TOWN OF GURLEY, ALABAMA and M&N MATERIALS, INC.,** | ) ) ) |
| Defendant. | |

## ORDER

On July 13, 2015, the magistrate judge entered a report and recommendation, doc. 47, regarding cross-motions for summary judgment filed by plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul"), doc. 33, defendant Town of Gurley ("the Town"), doc. 32, and defendant M&N Materials, Inc. (M&N), doc. 36. The parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On July 27, 2015, M&N filed objections to the magistrate judge's report and recommendation. Doc. 49. On August 7, 2015, St. Paul filed a response to M&N's objections to the

report and recommendation. Doc. 51.

Having reviewed the pleadings, the briefs, the magistrate's report and recommendation, and M&N's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge.

Accordingly, as it relates solely to the duty to defend, St. Paul's motion, doc. 33, is **DENIED**, and the Town and M&N's motions, docs. 32 and 36, are **GRANTED**.  With respect to the indemnification issue, because whether there is a duty to indemnify under the policy will depend on a finding of liability in the underlying action, *M&N Materials, Inc. v. Town of Gurley, Alabama, et al.*, Case No. 5:14-cv-00184-CLS, the issue is premature. Therefore, the court agrees with St. Paul that the court should stay the issue of indemnification. In that respect, the motion to clarify, doc. 48, is **GRANTED**, and the case is **STAYED** pending the resolution in *M&N Materials, Inc.*, Case No. 5:14-cv-00184-CLS.

**DONE** this 4th day of September, 2015.

_____
 **ABDUL K. KALLON**
 UNITED STATES DISTRICT JUDGE